No. 271, Misc. O'HALLORAN v. DAY, WARDEN. Motion for leave to file petition for writ of certiorari denied. Petitioner *pro se.* *Samuel Dash* and *Victor Wright* for respondent.

No. 301, Misc. GREEN v. CLANCY, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writs of prohibition and mandamus denied. *Blanch Freedman* and *Gloria Agrin* for petitioner. *Jacob K. Javits,* Attorney General of New York, *James O. Moore, Jr.,* Solicitor General, and *Daniel M. Cohen* and *Irving L. Rollins,* Assistant Attorneys General, for Javits et al., respondents.

No. 451. RAILWAY EMPLOYES' DEPARTMENT, AMERICAN FEDERATION OF LABOR, ET AL. v. HANSON ET AL. Appeal from the Supreme Court of Nebraska. Probable jurisdiction noted. *Lester P. Schoene* for appellants. *Edson Smith* for Hanson et al., appellees.

No. 469. PETROWSKI ET AL. v. HAWKEYE-SECURITY INSURANCE Co. C. A. 7th Cir. Certiorari granted. *Richard P. Tinkham, Jr.* for petitioners. *Herbert C. Hirschboeck* and *Victor M. Harding* for respondent.

No. 60. BERRA v. UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit granted, limited to question (2) presented by the petition for the writ, which reads as follows:

"(2) Whether in a prosecution under a felony indictment for tax evasion under Section 145 (b) of the 1939